*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

### DISTRICT OF COLUMBIA COURT OF APPEALS

No. 18-BG-574

IN RE CHIRAYU A. PATEL

A Suspended Member of the Bar of the
District of Columbia Court of Appeals                    DDN: 321-17

Bar Registration No. 460469

BEFORE: Glickman, Thompson, and Beckwith, Associate Judges.

### O R D E R
(FILED – August 2, 2018)

On consideration of the certified order of the Supreme Court of New Jersey disbarring respondent from the practice of law in that jurisdiction; this court's June 4, 2018, order suspending respondent and directing him to show cause why reciprocal discipline should not be imposed; and the statement of Disciplinary Counsel regarding reciprocal discipline; and it appearing that respondent has failed to file either a response to this court's order to show cause or an affidavit as required by D.C. Bar R. XI, §14 (g), it is

ORDERED that Chirayu A. Patel is hereby disbarred from the practice of law in the District of Columbia. *See In re Sibley*, 990 A.2d 483 (D.C. 2010); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate). It is

FURTHER ORDERED that for purposes of reinstatement the period of respondent's disbarment will not begin to run until such time as he files a D.C. Bar R. XI, § 14 (g) affidavit.

**PER CURIAM**